# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wehrman, J. Gregory | US District Court, WDNY | 5/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge, full-time (recall) | ☐ Nomination  Date <br> ☐ Initial  ✔ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

118 West Lakeside Avenue
Lakeside Park, KY 41017

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wehrman, J. Gregory | 5/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Kentucky Retirement Systems | $2,675.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wehrman, J. Gregory | 5/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wehrman, J. Gregory** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Huntington Banchsares, common stock | B | Dividend | M | T | | | | | |
| 2. Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 3. Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 4. Caldwell Securities/Wedbush Morgan IRA | | | | | | | | | |
| 5. - Wedbush Inc. | A | Int./Div. | L | T | | | | | |
| 6. - Monarch Cement Company | A | Int./Div. | K | T | Buy | 03/18/19 | K | | |
| 7. -Kayne Anderson MLP Midstream Investment | A | Int./Div. | K | T | Buy | 09/04/19 | K | | |
| 8. - Barings Corp Investors (formerly Babson Capital 9-12 | D | Int./Div. | L | T | | | | | |
| 9. - Capital Southwest Corp | B | Int./Div. | L | T | | | | | |
| 10. - CSW Industrials | A | Int./Div. | M | T | | | | | |
| 11. -Bank of Utica | B | Int./Div. | K | T | | | | | |
| 12. - Leadis Tech Inc | A | Int./Div. | J | T | | | | | |
| 13. -Sadlier William H Inc. | A | Int./Div. | K | T | Buy | 07/09/19 | J | | |
| 14. -First Opportunity Fund | A | Int./Div. | J | T | | | | | |
| 15. - Boulder Growth & Income | A | Int./Div. | J | T | | | | | |
| 16. - Nicholas Financial Inc. | A | Int./Div. | J | T | | | | | |
| 17. - HMG Courtland | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wehrman, J. Gregory** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Meritage Hosp. | A | Int./Div. | K | T | | | | | |
| 19.   - Anchor Bancorp | A | Int./Div. | K | T | | | | | |
| 20.   - Regency Affialities | A | Int./Div. | J | T | | | | | |
| 21.   - Siem | A | Int./Div. | J | T | | | | | |
| 22.   - Cuisine Solutions | A | Int./Div. | J | T | Buy | 04/03/19 | K | | |
| 23.   - Cim Commerical Trust | A | Int./Div. | J | T | | | | | |
| 24.   -Natural Alternatives Intl | A | Int./Div. | J | T | | | | | |
| 25.   -IEH Corp | A | Int./Div. | J | T | | | | | |
| 26.   Summit Hills CC, Edgewood, KY - membership stock | | None | J | U | | | | | |
| 27.   Ky Federal Savings & Loan | A | Interest | J | T | | | | | |
| 28.   Ky Retirement Systems-retirement | C | Interest | J | T | | | | | |
| 29.   Heritage Bank - common stock | A | Dividend | J | T | | | | | |
| 30.   Perry Park, Ky-house/lot int cnty ass'd 90,500 1/98 100% | | None | K | S | | | | | |
| 31.   Fidelity Investment IRA | | | | | | | | | |
| 32.   - Columbia Cash Reserves | A | Dividend | K | T | | | | | |
| 33.   - Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 34.   Fidelity Investment IRA | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Wehrman, J. Gregory** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Abbott Labs, common stock | C | Dividend | M | T | | | | | |
| 36. -Hospira, Inc., common stock | A | Dividend | J | T | | | | | |
| 37. -Motorola, common stock | A | Dividend | K | T | | | | | |
| 38. -Casadian Therapeutics (formerly Oncothyreon, Inc.) | A | Dividend | | | Sold | 03/13/18 | J | A | |
| 39. -Pfizer, Inc., common stock | D | Dividend | M | T | | | | | |
| 40. - Monsanto Co., common stock | B | Dividend | L | T | | | | | |
| 41. - Huntington Bancshares, common stock | A | Dividend | L | T | | | | | |
| 42. - Fifth Third Bancorp, common stock | B | Dividend | L | T | | | | | |
| 43. - US Bancorp, common stock | C | Dividend | M | T | | | | | |
| 44. - Piper Jaffey Co., common stock | A | Dividend | J | T | | | | | |
| 45. - P&G common stock | D | Dividend | M | T | | | | | |
| 46. - Cash Reserves | A | Dividend | J | T | | | | | |
| 47. -Abbvie Inc., common stock | D | Dividend | M | T | | | | | |
| 48. Fifth Third Bank, common stock | A | Dividend | J | T | | | | | |
| 49. Perry Park lot assessed 100%-$18,000 | | None | K | S | | | | | |
| 50. CBA Pharma, Inc., common stock | | None | J | T | | | | | |
| 51. Allstate Insurance, common stock | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wehrman, J. Gregory** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. US Bancorp, common stock | C | Dividend | N | T | | | | | |
| 53. Piper Jaffey Co., common stock | A | Dividend | J | T | | | | | |
| 54. Conestoga Energy Partners | | | | | | | | | |
| 55. - Fifth Third Bank | B | Dividend | L | T | | | | | |
| 56. - US Bancorp | C | Dividend | N | T | | | | | |
| 57. - Huntington Bancshares | B | Dividend | L | T | | | | | |
| 58. - First Energy | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wehrman, J. Gregory | 5/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Gregory Wehrman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544